CAUSE NO. 15-04-54538-CV

| | | |
|---|---|---|
| ROEL VALADEZ AND<br>DARLETT VALADEZ | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | § <br>§| 79 TH JUDICIAL DISTRICT |
| STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY D/B/A STATE<br>AUTO INSURANCE COMPANIES | §<br>§<br>§<br>§ | JIM WELLS COUNTY, TEXAS |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  THE HONORABLE JUDGE OF SAID COURT;

THE HONORABLE R. DAVID GUERRERO P.O. DRAWER 2219, ALICE, TEXAS 78332, JIM WELLS COUNTY DISTRICT CLERK;

ROEL VALADEZ AND DARLETT VALADEZ, PLAINTIFFS, BY AND THROUGH COUNSEL OF RECORD, MR. MICHAEL S. CARNAHAN, CARNAHAN THOMAS, 1190 N. CARROLL AVE. SOUTHLAKE, TEXAS, 76092.

Notice is hereby given to you, in accordance with the provisions of 28 U.S.C. §1446(d), as amended, that on the 19th day of June, 2015, State Auto Property And Casualty Insurance Company, improperly named as State Automobile Mutual Insurance Company d/b/a State Auto Insurance Companies, Defendant, in the above-styled action instituted by Plaintiffs in the District Court of Jim Wells County, Texas, 79th Judicial District, duly filed in the United States District Court for the Southern District of Texas, Corpus Christi Division, a Notice of Removal of this action to said District Court.  A copy of the said Notice of Removal is attached to this Notice as Exhibit "A".

Your attention is called to the fact that under the provisions of the Federal Judicial Code, the above-styled action has been removed to the aforesaid Federal District Court and that no further proceedings in the action can be had in the District Court of Jim Wells County, Texas, 79th Judicial District.

RESPECTFULLY SUBMITTED this day, the 19th day of June, 2015.

/s/ Charles B. Mitchell, Jr.
**CHARLES B. MITCHELL, JR.**
State Bar No. 14207000
Federal ID No.: 16627
**MICHAEL SHANE O'DELL**
State Bar No. 24065835
Naman, Howell, Smith & Lee, PLLC
405 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4911
Telephone: 817-509-2040
Facsimile: 817-509-2060
E-mail: charles.mitchell@namanhowell.com
E-mail: sodell@namanhowell.com

ATTORNEYS FOR DEFENDANT
STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon counsel of record for Plaintiffs, Mr. Michael S. Carnahan, Carnahan Thomas, 1190 N. Carroll Ave. Southlake, Texas, 76092, in accordance with Rules 21 and 21(a) of the Texas Rules of Civil Procedure, on the 19th day of June, 2015.

/s/ Charles B. Mitchell, Jr.
**CHARLES B. MITCHELL, JR.**

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROEL VALADEZ AND<br>DARLETT VALADEZ<br><br>*Plaintiffs*<br>v.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY D/B/A STATE<br>AUTO INSURANCE COMPANIES<br><br>*Defendant* | § § § § § § § § § § § § | CIVIL ACTION NO. 2:15-CV-278 |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. §1446(a) and 28 U.S.C. § 1332(a), State Auto Property and Casualty Insurance Company (hereinafter "State Auto"), submits this Notice of Removal and shows the Court as follows:

### I. Introduction

1.1   Plaintiffs are Roel Valadez and Darlett Valadez (hereinafter "Plaintiffs"); Defendant is State Auto Property And Casualty Insurance Company, improperly named as State Automobile Mutual Insurance Company d/b/a State Auto Insurance Companies (hereinafter "State Auto").

1.2   On or about April 30, 2015, Plaintiffs sued Defendant in a suit styled *Roel Valadez and Darlett Valadez v. State Automobile Mutual Insurance Company d/b/a State Auto Insurance Companies*, Cause Number 15-04-54538-CV, in the 79th Judicial District Court in Jim Wells County, Texas alleging, through various causes of action, that State Auto breached its contract of insurance with Plaintiffs, violated various provisions of the Texas Insurance Code, violated the Texas Deceptive Trade Practices Act, committed common law bad faith, engaged in unfair

insurance practices, and committed said violations of the insurance code knowingly and intentionally, and committed common law fraud.

1.3     On or about June 15, 2015, Defendant State Auto filed a General Denial, Special Denials, Affirmative Defenses, and Special Exceptions in response to Plaintiffs' Petition.

1.4     Plaintiffs are the owners of property located at 1509 Sunset Dr., Alice, Texas 78332. Plaintiffs filed a claim for hail and wind damage to said property. Plaintiffs allege that on or about May 27, 2014, a wind and hail storm damaged Plaintiffs' property. State Auto inspected the property, determined the replacement cost of the roof system, and drafted a check to Plaintiff. At Plaintiffs' request, State Auto reinspected the property and paid additional amounts to Plaintiffs to ensure replacement of the identical roof material. Plaintiffs were not satisfied with the results and this suit followed.

1.5     Defendant State Auto was served by personal service on its registered agent and received notice of this suit on May 21, 2015. Defendant State Auto files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b) and within one year of commencement of the action.

## II.  Basis for Removal

2.1     Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006). Plaintiffs are citizens and residents of the State of Texas. Defendant State Auto Property and Casualty Insurance Company, improperly named as State Automobile Mutual Insurance Company d/b/a State Auto Insurance Companies is a citizen of Ohio, with its place of incorporation and principal place of business in Ohio. Based upon the claims asserted by Plaintiffs and Plaintiffs' Original Petition filed in the underlying suit, it is believed, and Plaintiffs

have claimed an amount that exceeds $75,000.00, excluding interest, and costs. 28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).

2.2   All pleadings, process, orders, and other filings in the State Court action are attached to this notice as Exhibit "A" for all purposes herein as required by 28 U.S.C. §1446(a). Attached hereto as Exhibit "B" is a listing of all counsel of record as required by the Southern District of Texas local rule LR81. Furthermore, Exhibit "C" attached hereto is the Civil Cover Sheet.

2.3   Venue is proper in this district under 28 U.S.C. §1441(a) because the State Court where the action has been pending is located in this district.

2.4   Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

### III. Jury Demand

3.1   Plaintiffs did demand a jury in the State Court action.

As there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, Defendant State Auto Property And Casualty Insurance Company, improperly named as State Automobile Mutual Insurance Company d/b/a State Auto Insurance Companies asks the Court to remove the suit to the United States District Court for the Southern District of Texas, Corpus Christi Division.

Respectfully submitted this 19th day of June, 2015.

/s/ Charles B. Mitchell, Jr.
**CHARLES B. MITCHELL, JR.**
attorney-in-charge
State Bar No. 14207000
Federal ID No.: 16627
Naman, Howell, Smith & Lee, PLLC
405 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4911

Telephone: 817-509-2040
Facsimile: 817-509-2060
E-mail: charles.mitchell@namanhowell.com

**ATTORNEYS FOR DEFENDANT
STATE AUTO PROPERTY AND CASUALTY
INSURANCE COMPANY IMPROPERLY NAMED AS
STATE AUTOMOBILE MUTUAL INSURANCE
COMPANY d/b/a STATE AUTO INSURANCE
COMPANIES**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon counsel of record for Plaintiffs, Mr. Michael S. Carnahan, Carnahan Thomas, 1190 N. Carroll Ave. Southlake, Texas, 76092, in accordance with Federal Rules of Civil Procedure, on the 19th day of June, 2015.

/s/ Charles B. Mitchell, Jr.
**CHARLES B. MITCHELL, JR.**