IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROEL VALADEZ AND <br> DARLETT VALADEZ <br><br> *Plaintiffs* <br><br> v. <br><br> STATE AUTOMOBILE MUTUAL <br> INSURANCE COMPANY D/B/A STATE <br> AUTO INSURANCE COMPANIES <br><br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 2:15-cv-278 <br> § <br> § <br> § <br> § <br> § |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 Defendant State Auto Property & Casualty Insurance Company improperly named as State Automobile Mutual Insurance Company d/b/a State Auto Insurance Companies provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owes 10% or more of its stock (if none, state "None"):

**State Auto Financial Corporation.**

A complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

State Auto Property & Casualty Insurance Company, Roel Valadez, and Darlett Valadez.

Respectfully submitted this 19th day of June, 2015.

/s/ Charles B. Mitchell, Jr.
**CHARLES B. MITCHELL, JR.**
Attorney-in-charge
State Bar No. 14207000
Federal ID No.: 16627
Naman, Howell, Smith & Lee, PLLC
405 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4911
Telephone: 817.509-2040
Facsimile: 817.509-2060
E-mail: charles.mitchell@namanhowell.com

**ATTORNEYS FOR DEFENDANT
STATE AUTO PROPERTY AND CASUALTY
INSURANCE COMPANY IMPROPERLY
NAMED AS STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY d/b/a STATE AUTO
INSURANCE COMPANIES**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon counsel of record for Plaintiffs, Michael S. Carnahan, Carnahan Thomas, 1190 North Carroll Avenue, Southlake, Texas 76092, via Certified Mail, Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure, on the 19th day of June, 2015.

/s/ Charles B. Mitchell, Jr.
**CHARLES B. MITCHELL, JR.**